UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VALARAE GREEN,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Docket No. <u>24-cr-486</u>

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rebecca M. Urquiola, for an order unsealing the above-captioned matter.

       WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            December 5, 2024

                                *Robert Levy*
                                HONORABLE ROBERT M. LEVY
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK